**Order entered December 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00685-CV

**ASSOCIATED AIR CENTER LP F/K/A A LANDMARK AVIATION CO., ASSOCIATED AIR CENTER INTERNATIONAL, INC.; DAE AVIATION HOLDINGS, INC. D/B/A DUBAI AEROSPACE, APPELLANTS**

**V.**

**TARY NETWORK, LTD.; CITADELLA INTERNATIONAL GROUP, LTD., APPELLEES**

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-01620

## ORDER

The reporter's record in this appeal was requested by appellant on April 22, 2013 and was due to be filed May 21, 2013. Despite directives from this Court to file the record, and a December 4, 2013 order from this Court directing that arrangements be made for a substitute reporter if necessary so that the record could be filed by December 16, 2013, Sheretta L. Martin, Official Court Reporter of the 162nd Judicial District Court, has yet to file the record and has not otherwise communicated with the Court. Accordingly, we **ORDER** court reporter Sheretta L. Martin to file the reporter's record by **DECEMBER 30, 2013**. We further **ORDER** that Sheretta L. Martin not sit as a court reporter until she has filed the record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Phyllis Lister Brown, Presiding Judge, 162nd Judicial District Court; Sheretta L. Martin; and all parties.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE